

# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of DSSC INVESTMENTS LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L16000152820.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Third day of May, 2024



Cord Byrd
Secretary of State

CR2E022 (01-11)

IGX_SD_000137056

## Electronic Articles of Organization
### For
## Florida Limited Liability Company

L16000152820
FILED 8:00 AM
August 15, 2016
Sec. Of State
kpcardwell

### Article I

The name of the Limited Liability Company is:

DSSC INVESTMENTS LLC

### Article II

The street address of the principal office of the Limited Liability Company is:

13214 FIJI WAY
UNIT H
MARINA DEL REY, CA. UN  90292

The mailing address of the Limited Liability Company is:

13214 FIJI WAY
UNIT H
MARINA DEL REY, CA. UN  90292

### Article III

The name and Florida street address of the registered agent is:

NAUTILUS LEGAL SERVICES, P.A.
150 SE 2ND AVENUE,
SUITE PH1
MIAMI, FL.  33131

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:  GABRIEL BODNER

IGX_SD_000137057

## Article IV

The name and address of person(s) authorized to manage LLC:

L16000152820
FILED 8:00 AM
August 15, 2016
Sec. Of State
kpcardwell

Title: MGR
DIEGO D SANCHEZ SR
13214 FIJI WAY
MARINA DEL REY, CA. 90292 UN

Title: MGR
ANA A LASALA
13214 FIJI WAY
MARINA DEL REY, CA. 90292 UN

## Article V

The effective date for this Limited Liability Company shall be:

08/15/2016

Signature of member or an authorized representative

Electronic Signature: DIEGO SANCHEZ

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

IGX_SD_000137058

## 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000152820

**Entity Name:** DSSC INVESTMENTS LLC

**FILED**
**Jan 17, 2017**
**Secretary of State**
**CC3522443378**

**Current Principal  Place of Business:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292

**Current Mailing Address:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292  UN

**FEI Number: 81-3585135**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

NAUTILUS LEGAL SERVICES, P.A.
150 SE 2ND AVENUE,
SUITE PH1
MIAMI, FL  33131  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Date

Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MGR |
| Name | SANCHEZ, DIEGO D SR | | Name | LASALA, ANA A |
| Address | 13214 FIJI WAY | | Address | 13214 FIJI WAY |
| City-State-Zip: | MARINA DEL REY  CA  90292 | | City-State-Zip: | MARINA DEL REY  CA  90292 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under
oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and
that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DIEGO SANCHEZ                    MANAGER                    01/17/2017

Electronic Signature of Signing Authorized Person(s) Detail                    Date

IGX_SD_000137059

## 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000152820

**Entity Name:** DSSC INVESTMENTS LLC

**FILED**
**Apr 03, 2018**
**Secretary of State**
**CC0301230656**

**Current Principal  Place of Business:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292

**Current Mailing Address:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292  UN

**FEI Number:** 81-3585135                                           **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

NAUTILUS LEGAL SERVICES, P.A.
150 SE 2ND AVENUE,
SUITE PH1
MIAMI, FL  33131  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:                                                                                              Date
　　　　　Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGR |
| Name | SANCHEZ, DIEGO D SR | Name | LASALA, ANA A |
| Address | 13214 FIJI WAY | Address | 13214 FIJI WAY |
| City-State-Zip: | MARINA DEL REY  CA  90292 | City-State-Zip: | MARINA DEL REY  CA  90292 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DIEGO SANCHEZ                              DIRECTOR                    04/03/2018
　　　　　Electronic Signature of Signing Authorized Person(s) Detail                                Date

IGX_SD_000137060

## 2019  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000152820

**Entity Name:** DSSC INVESTMENTS LLC

**Current Principal  Place of Business:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292

**Current Mailing Address:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292  UN

**FEI Number: 81-3585135**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

NAUTILUS LEGAL SERVICES, P.A.
150 SE 2ND AVENUE,
SUITE PH1
MIAMI, FL  33131  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____    Date _____

Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGR |
| Name | SANCHEZ, DIEGO D SR | Name | LASALA, ANA A |
| Address | 13214 FIJI WAY | Address | 13214 FIJI WAY |
| City-State-Zip: | MARINA DEL REY  CA  90292 | City-State-Zip: | MARINA DEL REY  CA  90292 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DIEGO SANCHEZ                                              DIRECTOR                    03/07/2019

Electronic Signature of Signing Authorized Person(s) Detail                                                         Date

**FILED**
**Mar 07, 2019**
**Secretary of State**
**5728707997CC**

IGX_SD_000137061

## 2020  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000152820

**Entity Name:** DSSC INVESTMENTS LLC

**Current Principal  Place of Business:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292

**Current Mailing Address:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292  UN

**FEI Number: 81-3585135**

**Name and Address of Current Registered Agent:**

NAUTILUS LEGAL SERVICES, P.A.
150 SE 2ND AVENUE,
SUITE PH1
MIAMI, FL  33131  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

    Electronic Signature of Registered Agent                                      Date

**FILED**
**Mar 09, 2020**
**Secretary of State**
**7104324907CC**

**Certificate of Status Desired:** No

### Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MGR |
| Name | SANCHEZ, DIEGO D SR | | Name | LASALA, ANA A |
| Address | 13214 FIJI WAY | | Address | 13214 FIJI WAY |
| City-State-Zip: | MARINA DEL REY  CA  90292 | | City-State-Zip: | MARINA DEL REY  CA  90292 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DIEGO SANCHEZ                OWNER            03/09/2020

    Electronic Signature of Signing Authorized Person(s) Detail                          Date

<u>**2021  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**</u>

DOCUMENT# L16000152820

**Entity Name:** DSSC INVESTMENTS LLC

**Current Principal  Place of Business:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292

**Current Mailing Address:**

13214 FIJI WAY
UNIT H
MARINA DEL REY,  CA  90292  UN

**FEI Number:** 81-3585135

**Name and Address of Current Registered Agent:**

NAUTILUS LEGAL SERVICES, P.A.
150 SE 2ND AVENUE,
SUITE PH1
MIAMI, FL  33131  US

**FILED**
**Mar 14, 2021**
**Secretary of State**
**9098389845CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                                          Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGR | Title | MGR |
| Name | SANCHEZ, DIEGO D SR | Name | LASALA, ANA A |
| Address | 13214 FIJI WAY | Address | 13214 FIJI WAY |
| City-State-Zip: | MARINA DEL REY  CA  90292 | City-State-Zip: | MARINA DEL REY  CA  90292 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DIEGO SANCHEZ                                                                    03/14/2021

Electronic Signature of Signing Authorized Person(s) Detail                                  Date

IGX_SD_000137063

## 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000152820

**Entity Name:** DSSC INVESTMENTS LLC

**Current Principal Place of Business:**

865 FLOWER AVE
VENICE, CA 90291

**Current Mailing Address:**

865 FLOWER AVE
VENICE, CA 90291 UN

**FEI Number: 81-3585135**

**Name and Address of Current Registered Agent:**

NAUTILUS LEGAL SERVICES, P.A.
150 SE 2ND AVENUE,
SUITE PH1
MIAMI, FL 33131 US

**FILED**
**Apr 28, 2022**
**Secretary of State**
**6130545679CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                                                                     Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MGR |
| Name | SANCHEZ, DIEGO D SR | | Name | LASALA, ANA A |
| Address | 865 FLOWER AVE | | Address | 865 FLOWER AVE |
| City-State-Zip: | VENICE CA 90291 | | City-State-Zip: | VENICE CA 90291 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DIEGO SANCHEZ                                   OWNER                          04/28/2022
_____
Electronic Signature of Signing Authorized Person(s) Detail                                              Date

## 2023  FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L16000152820

**Entity Name:** DSSC INVESTMENTS LLC

**Current Principal  Place of Business:**

865 FLOWER AVE
VENICE, CA  90291

**Current Mailing Address:**

865 FLOWER AVE
VENICE, CA  90291  UN

**FEI Number: 81-3585135**

**Name and Address of Current Registered Agent:**

NAUTILUS LEGAL SERVICES, P.A.
150 SE 2ND AVENUE,
SUITE PH1
MIAMI, FL  33131  US

**FILED**
**Oct 03, 2023**
**Secretary of State**
**1316880158CR**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE:  DIEGO SANCHEZ | 10/03/2023 |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MGR | Title | MGR |
|---|---|---|---|
| Name | SANCHEZ, DIEGO D SR | Name | LASALA, ANA A |
| Address | 865 FLOWER AVE | Address | 865 FLOWER AVE |
| City-State-Zip: | VENICE CA  90291 | City-State-Zip: | VENICE CA  90291 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: DIEGO SANCHEZ | OWNER | 10/03/2023 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

IGX_SD_000137065



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of GLOBAL VISION MEDICAL LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L18000169605.

I further certify that said company was administratively dissolved on September 22, 2023.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Third day of May, 2024

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

IGX_SD_000137066

## Electronic Articles of Organization
## For
## Florida Limited Liability Company

L18000169605
FILED 8:00 AM
July 13, 2018
Sec. Of State
jafason

### Article I

The name of the Limited Liability Company is:

GLOBAL VISION MEDICAL LLC

### Article II

The street address of the principal office of the Limited Liability Company is:

16298 NE 8TH CT
NORTH MIAMI BEACH, FL.  33162

The mailing address of the Limited Liability Company is:

16298 NE 8TH CT
NORTH MIAMI BEACH, FL.  33162

### Article III

The name and Florida street address of the registered agent is:

OMAR  PALACIOS
16298 NE 8TH CT
NORTH MIAMI BEACH, FL.  33162

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:  OMAR PALACIOS

IGX_SD_000137067

## Article IV

The name and address of person(s) authorized to manage LLC:

Title:  MGR
OMAR  PALACIOS
16298 NE 8TH CT
NORTH MIAMI BEACH, FL.  33162

L18000169605
FILED 8:00 AM
July 13, 2018
Sec. Of State
jafason

## Article V

The effective date for this Limited Liability Company shall be:

07/13/2018

Signature of member or an authorized representative

Electronic Signature: OMAR PALACIOS

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

## 2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000169605

**Entity Name:** GLOBAL VISION MEDICAL LLC

**FILED**
**Apr 30, 2019**
**Secretary of State**
**6196292347CC**

**Current Principal Place of Business:**

16298 NE 8TH CT
NORTH MIAMI BEACH, FL 33162

**Current Mailing Address:**

16298 NE 8TH CT
NORTH MIAMI BEACH, FL 33162

**FEI Number: 83-1221400**                                **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PALACIOS, OMAR
16298 NE 8TH CT
NORTH MIAMI BEACH, FL 33162 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

　　　　　　　Electronic Signature of Registered Agent　　　　　　　　　　　　　　　　　　Date

**Authorized Person(s) Detail :**

Title　　　　　　MGR

Name　　　　　　PALACIOS, OMAR

Address　　　　　16298 NE 8TH CT

City-State-Zip:　NORTH MIAMI BEACH FL 33162

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: OMAR PALACIOS　　　　　　　　　　　　MGR　　　　　　　04/30/2019

　　　　Electronic Signature of Signing Authorized Person(s) Detail　　　　　　　　　　Date

IGX_SD_000137069

## 2020  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000169605

**Entity Name:** GLOBAL VISION MEDICAL LLC

**Current Principal  Place of Business:**

4000 HOLLYWOOD BLVD
 SUITE 555-S
HOLLYWOOD, FL  33021

**Current Mailing Address:**

4000 HOLLYWOOD BLVD
 SUITE 555-S
HOLLYWOOD,  FL  33021 US

**FEI Number: 83-1221400**

**Name and Address of Current Registered Agent:**

CORNERSTONE TAX AND ACCT.SVCS. CORP
4000 HOLLYWOOD BLVD
 SUITE 555-S
HOLLYWOOD, FL  33021  US

**FILED**
**Jun 30, 2020**
**Secretary of State**
**6754037563CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  ROXANA TUMBACO                                                   06/30/2020
                 Electronic Signature of Registered Agent                               Date

**Authorized Person(s) Detail :**

Title            MGR

Name         PALACIOS, OMAR

Address      5830 PARK ROAD

City-State-Zip:   FORT LAUDERDALE  FL  33312

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: OMAR PALACIOS                          MGR                    06/30/2020
                 Electronic Signature of Signing Authorized Person(s) Detail              Date

IGX_SD_000137070

## 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000169605

**Entity Name:** GLOBAL VISION MEDICAL LLC

**FILED**
**Apr 25, 2021**
**Secretary of State**
**4128953313CC**

**Current Principal Place of Business:**

4000 HOLLYWOOD BLVD
 SUITE 555-S
HOLLYWOOD, FL 33021

**Current Mailing Address:**

4000 HOLLYWOOD BLVD
 SUITE 555-S
HOLLYWOOD, FL 33021 US

**FEI Number: 83-1221400**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORNERSTONE TAX AND ACCT.SVCS. CORP
4000 HOLLYWOOD BLVD
 SUITE 555-S
HOLLYWOOD, FL 33021 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ROXANA TUMBACO                                                    04/25/2021

       Electronic Signature of Registered Agent                                                     Date

**Authorized Person(s) Detail :**

Title               MGR

Name            PALACIOS, OMAR

Address        5830 PARK ROAD

City-State-Zip:   FORT LAUDERDALE  FL  33312

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: OMAR PALACIOS                              MGR                    04/25/2021

       Electronic Signature of Signing Authorized Person(s) Detail                                     Date

IGX_SD_000137071

## 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000169605

**Entity Name:** GLOBAL VISION MEDICAL LLC

**FILED**
**Apr 27, 2022**
**Secretary of State**
**4127779920CC**

**Current Principal Place of Business:**

4000 HOLLYWOOD BLVD
 SUITE 555-S
HOLLYWOOD, FL 33021

**Current Mailing Address:**

4000 HOLLYWOOD BLVD
 SUITE 555-S
HOLLYWOOD, FL 33021 US

**FEI Number:** 83-1221400

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORNERSTONE TAX AND ACCT.SVCS. CORP
4000 HOLLYWOOD BLVD
 SUITE 555-S
HOLLYWOOD, FL 33021 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ROXANA TUMBACO                                                                    04/27/2022

                    Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | PALACIOS, OMAR |
| Address | 5830 PARK ROAD |
| City-State-Zip: | FORT LAUDERDALE FL 33312 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PALACIOS OMAR                          MGRM                          04/27/2022

                    Electronic Signature of Signing Authorized Person(s) Detail                              Date

IGX_SD_000137072



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of HCC MANAGEMENT GROUP, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L16000155517.

I further certify that said company was administratively dissolved on September 25, 2020.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Third day of May, 2024

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

IGX_SD_000137073

# Electronic Articles of Organization For Florida Limited Liability Company

L16000155517
FILED 8:00 AM
August 18, 2016
Sec. Of State
cgolden

## Article I

The name of the Limited Liability Company is:

HCC MANAGEMENT GROUP, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

103 YACHT CLUB WAY
308
HYPOLUXO, FL.  33462

The mailing address of the Limited Liability Company is:

103 YACHT CLUB WAY
308
HYPOLUXO, FL.  33462

## Article III

The name and Florida street address of the registered agent is:

STEPHANIE L CURRAN
103 YACHT CLUB WAY
#308
HYPOLUXO, FL.  33462

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:  STEPHANIE CURRAN

IGX_SD_000137074

## Article IV

The name and address of person(s) authorized to manage LLC:

L16000155517
FILED 8:00 AM
August 18, 2016
Sec. Of State
cgolden

Title:  MGR
STEPHANIE L CURRAN
103 YACHT CLUB WAY 308
HYPOLUXO, FL.  33462 UN

Title:  MGR
NIKITA S HERMESMAN
103 YACHT CLUB WAY 308
HYPOLUXO, FL.  33462 UN

## Article V

The effective date for this Limited Liability Company shall be:

08/18/2016

Signature of member or an authorized representative

Electronic Signature: STEPHANIE CURRAN

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

IGX_SD_000137075

## 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000155517

**Entity Name:** HCC MANAGEMENT GROUP, LLC

**FILED**
**Feb 27, 2017**
**Secretary of State**
**CC9313216484**

**Current Principal Place of Business:**

5956 SANDBIRCH WAY
LAKE WORTH , FL 33463

**Current Mailing Address:**

5956 SANDBIRCH WAY
LAKE WORTH , FL 33463 US

**FEI Number:** 81-3646928                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CURRAN, STEPHANIE L
5956 SANDBIRCH WAY
LAKE WORTH , FL 33463 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                 Date

**Authorized Person(s) Detail :**

| Title | MGR | Title | MGR |
|---|---|---|---|
| Name | CURRAN, STEPHANIE L | Name | HERMESMAN, NIKITA S |
| Address | 5956 SANDBIRCH WAY | Address | 5956 SANDBIRCH WAY |
| City-State-Zip: | LAKE WORTH  FL 33463 | City-State-Zip: | LAKE WORTH  FL 33463 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEPHANIE CURRAN                              MGR                              02/27/2017

Electronic Signature of Signing Authorized Person(s) Detail                                        Date

IGX_SD_000137076

## 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000155517

**Entity Name:** HCC MANAGEMENT GROUP, LLC

**FILED**
**Jan 23, 2018**
**Secretary of State**
**CC8839386293**

**Current Principal  Place of Business:**

5956 SANDBIRCH WAY
LAKE WORTH , FL  33463

**Current Mailing Address:**

5956 SANDBIRCH WAY
LAKE WORTH , FL  33463 US

**FEI Number:** 81-3646928                                   **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CURRAN, STEPHANIE L
5956 SANDBIRCH WAY
LAKE WORTH , FL  33463 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| Title | MGR | Title | MGR |
|-------|-----|-------|-----|
| Name | CURRAN, STEPHANIE L | Name | HERMESMAN, NIKITA S |
| Address | 5956 SANDBIRCH WAY | Address | 5956 SANDBIRCH WAY |
| City-State-Zip: | LAKE WORTH  FL  33463 | City-State-Zip: | LAKE WORTH  FL  33463 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: STEPHANIE CURRAN                              MGR                    01/23/2018
_____
Electronic Signature of Signing Authorized Person(s) Detail                              Date

IGX_SD_000137077



L16000155517

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



000315782220

2018 JUL 25 PM 5: 03

B FIGUEROA
AUG 0 2 2018

IGX_SD_000137078

## COVER LETTER

**TO:**   Registration Section
Division of Corporations

**SUBJECT:** _HCC management group, llc_
Name of Limited Liability Company

Dear Sir or Madam:

The enclosed Registered Agent/Registered Office Change and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_Stephanie Currin_
Name of Person

_HCC management group, llc_
Firm/Company

_5956 SANDBIRCH WAY_
Address

_LAKE WORTH FL 33463_
City/State and Zip Code

_Nikitah191@gmail.com_
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_Nikita Helmesman_ at (561) 523 1951
Name of Person                         Area Code & Daytime Telephone Number

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, Florida 32301

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, Florida 32314

**Enclosed is a check for the following amount:**

☑ $25 Filing Fee                        ☐ $55 Filing Fee & Certified Copy

INHS18 (2/14)

IGX_SD_000137079

# STATEMENT OF CHANGE OF REGISTERED OFFICE OR REGISTERED AGENT OR BOTH FOR LIMITED LIABILITY COMPANY

*Pursuant to the provisions of sections 605.0114 or 605.0116, Florida Statutes, the undersigned limited liability company submits the following statement in order to change its registered office or registered agent, or both, in the State of Florida.*

1.  Name of the limited liability company: *HCC management group, llc*

2.  (a) *5956 SANDBIRCH Way*  (b) *5956 SANDBIRCH Way*
    Principal office address of limited liability company:   Mailing address of limited liability company:
    (*Note: MUST BE STREET ADDRESS*)   (*Note: MAY BE POST OFFICE BOX*)

    *lake worth fl 33463*   *lake worth fl 33463*

3.  *08/16/2016*   4.   *L16000155517*
    Date of filing/registration in Florida   Document number

5.  (a)  *Stephanie Curran*
    Registered Agent and Registered Office shown on the records of the Florida Dept. of State:

    Registered Office Address   (*MUST BE FLORIDA STREET ADDRESS*)

    *5956 SANDBIRCH Way*

    *lake worth*   ,FL *33463*

    (b)  *Nikita Hermelman*
    Enter name of **NEW Registered Agent** and/or **NEW Registered Office address:**

    *5956 SANDBIRCH Way*
    **NEW** Registered Office Address:

    *lake worth*   ,FL *33463*

(Postmark, right margin, vertical:) 2016 JUL 25 PM 5:03

If the limited liability company is not organized under the laws of the State of Florida, it is hereby confirmed that after the change or changes are made, the Florida street address of the registered office and the business office of the registered agent will be identical. Or, in the case of a Florida limited liability company, it is hereby confirmed that the change(s) was/were authorized by an affirmative vote of the members of the limited liability company or as otherwise provided in the articles of organization or the operating agreement of the limited liability company.

*Stephanie Curran*
Signature of a member or authorized representative of a member   Printed or typed name of signee

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

Signature of Registered Agent

**Division of Corporations● P.O. Box 6327● Tallahassee, FL 32314**
**FILING FEE: $25.00**

INHS18 (2/14)

IGX_SD_000137080

## 2018 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT

DOCUMENT# L16000155517

**Entity Name:** HCC MANAGEMENT GROUP, LLC

**FILED**
**Aug 07, 2018**
**Secretary of State**
**CC7751039088**

**Current Principal Place of Business:**

5956 SANDBIRCH WAY
LAKE WORTH , FL 33463

**Current Mailing Address:**

5956 SANDBIRCH WAY
LAKE WORTH , FL 33463 US

**FEI Number:** 81-3646928                                       **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

HERMESMAN, NIKITA
5956 SANDBIRCH WAY
LAKE WORTH , FL 33463 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: NIKITA HERMESMAN | 08/07/2018 |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | HERMESMAN, NIKITA S |
| Address | 5956 SANDBIRCH WAY |
| City-State-Zip: | LAKE WORTH  FL  33463 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: NIKITA HERMESMAN | MGR | 08/07/2018 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

IGX_SD_000137081

## 2019  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Apr 11, 2019**
**Secretary of State**
**6634239006CC**

DOCUMENT# L16000155517

**Entity Name:** HCC MANAGEMENT GROUP, LLC

**Current Principal  Place of Business:**

8461 LAKE WORTH RD
#233G
LAKE WORTH , FL  33467

**Current Mailing Address:**

2960 NE 207TH STREET
#1011
AVENTURA,  FL  33180  US

**FEI Number: 81-3646928**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

HERMESMAN, NIKITA
2960 NE 207TH STREET
#1011
AVENTURA, FL  33180  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE:  NIKITA HERMESMAN | 04/11/2019 |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | HERMESMAN, NIKITA S |
| Address | 2960 NE 207TH STREET #1011 |
| City-State-Zip: | AVENTURA  FL  33180 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: NIKITA HERMESMAN | MGR | 04/11/2019 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

IGX_SD_000137082



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of INNOVATIVE GENOMICS LLC, a Texas limited liability company, authorized to transact business within the state of Florida, as shown by the records of this office.

The document number of this limited liability company is M23000012842.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Third day of May, 2024

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

IGX_SD_000137083



M2300012842

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

[ ] PICK-UP    [ ] WAIT    [ ] MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



600415642576

09/14/23--01018--011  **160.00



T. IL . 'UX

OCT - 6 2023

IGX_SD_000137084



## COVER LETTER

TO:     **Registration Section**
        **Division of Corporations**

SUBJECT:     Innovative Genomics LLC
        _____
                        Name of Limited Liability Company

The enclosed "Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida," Certificate of Existence, and check are submitted to register the above referenced foreign limited liability company to transact business in Florida.

Please return all correspondence concerning this matter to the following:

        Diego Sanchez
        _____
                        Name of Person

        Innovative Genomics LLC
        _____
                        Firm/Company

        5410 Fredericksburg Road, Suite 304
        _____
                        Address

        San Antonio, TX, 78229
        _____
                        City/State and Zip Code

        _____
                E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

        Diego Sanchez                           310        985-2834
        _____     at ( _____ ) _____
                Name of Contact Person          Area Code     Daytime Telephone Number

**Mailing Address:**                        **Street Address:**
Registration Section                        Registration Section
Division of Corporations                    Division of Corporations
P.O. Box 6327                               The Centre of Tallahassee
Tallahassee, FL 32314                       2415 N. Monroe Street, Suite 810
                                            Tallahassee, FL 32303

Enclosed is a check for the following amount:
Please make check payable to: **FLORIDA DEPARTMENT OF STATE**
☐ $125.00 Filing Fee     ☐ $130.00 Filing Fee &     ☐ $155.00 Filing Fee &     ■ $160.00 Filing Fee, Certificate
                            Certificate of Status        Certified Copy          of Status & Certified Copy

IGX_SD_000137085



FLORIDA DEPARTMENT OF STATE
Division of Corporations

September 26, 2023

DIEGO SANCHEZ
5410 FREDERICKSBURG RD STE 304
SAN ANTONIO, TX 78229

SUBJECT: INNOVATIVE GENOMICS LLC
Ref. Number: W23000131249

We have received your document for INNOVATIVE GENOMICS LLC and your check(s) totaling $160.00. However, the enclosed document has not been filed and is being returned for the following correction(s):

A certificate of existence or a certificate of good standing, dated no more than 90 days prior to the delivery of the application to the Department of State, duly authenticated by the secretary of state or other official having custody of the records in the jurisdiction under the laws of which it is incorporated/organized, must be submitted to this office. A translation of the certificate under oath of the translator must be attached to a certificate which is in a language other than the English language. A photocopy of this certificate is not acceptable.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6051.

Tracy L Lemieux
Regulatory Specialist II                    Letter Number: 323A00022237

IGX_SD_000137086



**APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA**

*IN COMPLIANCE WITH SECTION 605.0902, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. Innovative Genomics LLC

   (Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

   (If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida. The alternate name must include "Limited Liability Company," "L.L.C," or "LLC.")

2. TEXAS

   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 82-0934837

   (FEI number, if applicable)

4. 09/01/2023

   (Date first transacted business in Florida, if prior to registration.)
   (See sections 605.0904 & 605.0905, F.S. to determine penalty liability)

5. 4805 NW 2ND AVE
   (Street Address of Principal Office)

   BOCA RATON, FL, 33431

6. 5410 Fredericksburg Road, Suite 304
   (Mailing Address)

   San Antonio, TX, 78229

7. Name and <u>street address</u> of Florida registered agent: (P.O. Box <u>NOT</u> acceptable)

   Name: ENRIQUE PEREZ PARIS

   Office Address: 4805 NW 2ND AVE

   BOCA RATON                33431
   (City)        , Florida _____ (Zip code)

**Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

*Enrique Perez*

(Registered agent's signature)

IGX_SD_000137087

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Jane Nelson
Secretary of State

## Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for Innovative Genomics LLC (file number 802677728), a Domestic Limited Liability Company (LLC), was filed in this office on March 20, 2017.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on September 08, 2023.



Jane Nelson
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: SOS-WEB

Fax: (512) 463-5709
TID: 10264

Dial: 7-1-1 for Relay Services
Document: 1283052430004

IGX_SD_000137088



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of PREVENTIVE HEALTH PARTNERS, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L15000165258.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Third day of May, 2024

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

IGX_SD_000137178

## Electronic Articles of Organization
## For
## Florida Limited Liability Company

L15000165258
FILED 8:00 AM
September 29, 2015
Sec. Of State
vherring

### Article I

The name of the Limited Liability Company is:

PREVENTIVE HEALTH PARTNERS, LLC

### Article II

The street address of the principal office of the Limited Liability Company is:

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL. US  33180

The mailing address of the Limited Liability Company is:

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL. US  33180

### Article III

Other provisions, if any:

MEDICAL SALES, CONSULTING SERVICES

### Article IV

The name and Florida street address of the registered agent is:

ENRIQUE  PEREZ-PARIS
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL.  33180

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:  ENRIQUE PEREZ-PARIS

IGX_SD_000137179

## Article V

The name and address of person(s) authorized to manage LLC:

L15000165258
FILED 8:00 AM
September 29, 2015
Sec. Of State
vherring

Title:  MGRM
ENRIQUE  PEREZ-PARIS
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL.  33180  US

Title:  MGRM
HOSSEIN  SHADANLOU
1500 SW 12TH STREET
MIAMI, FL.  33135  US

## Article VI

The effective date for this Limited Liability Company shall be:

09/28/2015

Signature of member or an authorized representative

Electronic Signature: ENRIQUE PEREZ

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

IGX_SD_000137180

## 2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000165258

**Entity Name:** PREVENTIVE HEALTH PARTNERS, LLC

**FILED**
**Mar 25, 2016**
**Secretary of State**
**CC0060889962**

**Current Principal Place of Business:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180

**Current Mailing Address:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

**FEI Number:** 47-5213945

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

PEREZ-PARIS, ENRIQUE
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____       Date _____

　　　　　　 Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGRM | | Title | MGRM |
| Name | PEREZ-PARIS, ENRIQUE | | Name | SHADANLOU, HOSSEIN |
| Address | 19900 E.COUNTRY CLUB DR #304 | | Address | 1500 SW 12TH STREET |
| City-State-Zip: | AVENTURA FL 33180 | | City-State-Zip: | MIAMI FL 33135 |
| Title | MANAGER | | Title | MANAGER |
| Name | CUBEDDU, ROBERTO | | Name | ESTEBAN, PEREZ-CISNEROS |
| Address | 19900 E.COUNTRY CLUB DR #304 | | Address | 19900 E.COUNTRY CLUB DR #304 |
| City-State-Zip: | AVENTURA FL 33180 | | City-State-Zip: | AVENTURA FL 33180 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ENRIQUE PEREZ-PARIS            MANAGER            03/25/2016

　　　　　 Electronic Signature of Signing Authorized Person(s) Detail            Date

IGX_SD_000137181

**2017  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L15000165258

**Entity Name:** PREVENTIVE HEALTH PARTNERS, LLC

**FILED**
**Feb 13, 2017**
**Secretary of State**
**CC1994221592**

**Current Principal  Place of Business:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL  33180

**Current Mailing Address:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL  33180  US

**FEI Number:** 47-5213945

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ-PARIS, ENRIQUE
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL  33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____          Date _____

    Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGRM | | Title | MGRM |
| Name | PEREZ-PARIS, ENRIQUE | | Name | SHADANLOU, HOSSEIN |
| Address | 19900 E.COUNTRY CLUB DR #304 | | Address | 1500 SW 12TH STREET |
| City-State-Zip: | AVENTURA  FL  33180 | | City-State-Zip: | MIAMI  FL  33135 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ENRIQUE PEREZ-PARIS                                    MGR                              02/13/2017

    Electronic Signature of Signing Authorized Person(s) Detail                                              Date

## 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000165258

**Entity Name:** PREVENTIVE HEALTH PARTNERS, LLC

**FILED**
**Jan 30, 2018**
**Secretary of State**
**CC6919478882**

**Current Principal Place of Business:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180

**Current Mailing Address:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

**FEI Number:** 47-5213945

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ-PARIS, ENRIQUE
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____      Date

       Electronic Signature of Registered Agent

### Authorized Person(s) Detail :

| | | | |
|---|---|---|---|
| Title | MGRM | Title | AUTHORIZED MEMBER |
| Name | PEREZ-PARIS, ENRIQUE | Name | SHADANLOU, HOSSEIN |
| Address | 19900 E.COUNTRY CLUB DR #304 | Address | 1500 SW 12TH STREET |
| City-State-Zip: | AVENTURA FL 33180 | City-State-Zip: | MIAMI FL 33135 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ENRIQUE PEREZ-PARIS       MANAGER       01/30/2018

       Electronic Signature of Signing Authorized Person(s) Detail       Date

IGX_SD_000137183

## 2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000165258

**Entity Name:** PREVENTIVE HEALTH PARTNERS, LLC

**FILED**
**Apr 02, 2019**
**Secretary of State**
**3022716557CC**

**Current Principal Place of Business:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180

**Current Mailing Address:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

**FEI Number:** 47-5213945                                **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ-PARIS, ENRIQUE
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____                Date

　　　　　　　Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | PEREZ-PARIS, ENRIQUE |
| Address | 19900 E.COUNTRY CLUB DR #304 |
| City-State-Zip: | AVENTURA FL 33180 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ENRIQUE PEREZ-PARIS                           CEO                04/02/2019

　　　　　　Electronic Signature of Signing Authorized Person(s) Detail                Date

IGX_SD_000137184

## 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000165258

**Entity Name:** PREVENTIVE HEALTH PARTNERS, LLC

**FILED**
**Jan 27, 2020**
**Secretary of State**
**5033247175CC**

**Current Principal Place of Business:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180

**Current Mailing Address:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

**FEI Number:** 47-5213945

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ-PARIS, ENRIQUE
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Date

Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | PEREZ-PARIS, ENRIQUE |
| Address | 19900 E.COUNTRY CLUB DR #304 |
| City-State-Zip: | AVENTURA FL 33180 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ENRIQUE PEREZ-PARIS            MANAGER            01/27/2020

Electronic Signature of Signing Authorized Person(s) Detail

Date

IGX_SD_000137185

## 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000165258

**Entity Name:** PREVENTIVE HEALTH PARTNERS, LLC

**FILED**
**Feb 04, 2021**
**Secretary of State**
**8016918473CC**

**Current Principal  Place of Business:**

19900 E.COUNTRY CLUB DR #304
AVENTURA,  FL  33180

**Current Mailing Address:**

19900 E.COUNTRY CLUB DR #304
AVENTURA,  FL  33180  US

**FEI Number:** 47-5213945

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ-PARIS, ENRIQUE
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL  33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____    Date

       Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

Title            MGRM

Name          PEREZ-PARIS, ENRIQUE

Address       19900 E.COUNTRY CLUB DR #304

City-State-Zip:   AVENTURA  FL  33180

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ENRIQUE PEREZ-PARIS        CEO        02/04/2021

    Electronic Signature of Signing Authorized Person(s) Detail        Date

IGX_SD_000137186

## 2022  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000165258

**Entity Name:** PREVENTIVE HEALTH PARTNERS, LLC

**FILED**
**Mar 07, 2022**
**Secretary of State**
**8107109004CC**

**Current Principal  Place of Business:**

19900 E.COUNTRY CLUB DR #304
AVENTURA,  FL  33180

**Current Mailing Address:**

19900 E.COUNTRY CLUB DR #304
AVENTURA,  FL  33180  US

**FEI Number:** 47-5213945

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ-PARIS, ENRIQUE
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL  33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Date

Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

Title            MGRM

Name          PEREZ-PARIS, ENRIQUE

Address       19900 E.COUNTRY CLUB DR #304

City-State-Zip:   AVENTURA  FL  33180

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under
oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and
that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ENRIQUE PEREZ-PARIS                           OWNER                        03/07/2022

Electronic Signature of Signing Authorized Person(s) Detail                                              Date

IGX_SD_000137187

## 2023  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000165258

**Entity Name:** PREVENTIVE HEALTH PARTNERS, LLC

**FILED**
**Mar 01, 2023**
**Secretary of State**
**3525854962CC**

**Current Principal  Place of Business:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL  33180

**Current Mailing Address:**

19900 E.COUNTRY CLUB DR #304
AVENTURA,  FL  33180  US

**FEI Number: 47-5213945**

Certificate of Status Desired:  No

**Name and Address of Current Registered Agent:**

PEREZ-PARIS, ENRIQUE
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL  33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____         Date _____

        Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | PEREZ-PARIS, ENRIQUE |
| Address | 19900 E.COUNTRY CLUB DR #304 |
| City-State-Zip: | AVENTURA  FL  33180 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ENRIQUE PEREZ-PARIS          OWNER          03/01/2023

        Electronic Signature of Signing Authorized Person(s) Detail          Date

IGX_SD_000137188

## 2024 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L15000165258

**Entity Name:** PREVENTIVE HEALTH PARTNERS, LLC

**FILED**
**Mar 03, 2024**
**Secretary of State**
**3791389689CC**

**Current Principal Place of Business:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180

**Current Mailing Address:**

19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

**FEI Number:** 47-5213945                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ-PARIS, ENRIQUE
19900 E.COUNTRY CLUB DR #304
AVENTURA, FL 33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

                 Electronic Signature of Registered Agent                                         Date

**Authorized Person(s) Detail :**

| Title | MGRM | Title | MANAGER |
|---|---|---|---|
| Name | PEREZ-PARIS, ENRIQUE | Name | DUBEN, STEPHANNY |
| Address | 19900 E.COUNTRY CLUB DR #304 | Address | 19900 E. COUNTRY CLUB DRIVE, APT. 304 |
| City-State-Zip: | AVENTURA FL 33180 | City-State-Zip: | MIAMI FL 33180 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: PEREZ-PARIS, ENRIQUE                    OWNER                    03/03/2024

                 Electronic Signature of Signing Authorized Person(s) Detail                                Date

IGX_SD_000137189



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of VEN-VAMOS STRATEGIES ,LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L18000016427.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Third day of May, 2024



*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

IGX_SD_000137190

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L18000016427
FILED 8:00 AM
January 18, 2018
Sec. Of State
jafason

## Article I

The name of the Limited Liability Company is:

VEN-VAMOS STRATEGIES ,LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

4290 SW 149TH CT
MIAMI, FL. US  33185

The mailing address of the Limited Liability Company is:

4290 SW 149TH CT
MIAMI, FL. US  33185

## Article III

The name and Florida street address of the registered agent is:

JESUS A PEREZ
13980 SW 47TH ST
SUITE H
MIAMI, FL.   33175

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   JESUS A PEREZ

IGX_SD_000137191

## Article IV

The name and address of person(s) authorized to manage LLC:

L18000016427
FILED 8:00 AM
January 18, 2018
Sec. Of State
jafason

Title:  AMBR
NADIR A PEREZ
4290 SW 149TH CT
MIAMI, FL.  33185

Title:  MGR
JESSICA A LANDSBERG
8140 SW 60TH AVE
MIAMI, FL.  33143

## Article V

The effective date for this Limited Liability Company shall be:

01/12/2018

Signature of member or an authorized representative

Electronic Signature: NADIR A PEREZ

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

## 2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000016427

**Entity Name:** VEN-VAMOS STRATEGIES ,LLC

**Current Principal  Place of Business:**

4290 SW 149TH CT
MIAMI, FL 33185

**Current Mailing Address:**

4290 SW 149TH CT
MIAMI, FL 33185 US

**FEI Number:** 82-4092877

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ, JESUS A
13980 SW 47TH ST
SUITE H
MIAMI, FL 33175 US

**FILED**
**Apr 23, 2019**
**Secretary of State**
**9203079914CC**

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                              Date

### Authorized Person(s) Detail :

| Title | AMBR | Title | MGR |
|---|---|---|---|
| Name | PEREZ, NADIR A | Name | LANDSBERG, JESSICA A |
| Address | 4290 SW 149TH CT | Address | 8140 SW 60TH AVE |
| City-State-Zip: | MIAMI FL 33185 | City-State-Zip: | MIAMI FL 33143 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: NADIR A PEREZ                          AMBR                          04/23/2019

Electronic Signature of Signing Authorized Person(s) Detail                                                              Date

IGX_SD_000137193

## 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000016427

**Entity Name:** VEN-VAMOS STRATEGIES ,LLC

**FILED**
**Jun 30, 2020**
**Secretary of State**
**1714158264CC**

**Current Principal Place of Business:**

4290 SW 149TH CT
MIAMI, FL 33185

**Current Mailing Address:**

4290 SW 149TH CT
MIAMI, FL 33185 US

**FEI Number:** 82-4092877                                          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ, NADIR A
4290 SW 149TH CT
MIAMI, FL 33185 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: **NADIR A PEREZ**                                                          06/30/2020

        Electronic Signature of Registered Agent                                                 Date

**Authorized Person(s) Detail :**

| Title | AMBR | Title | MGR |
|---|---|---|---|
| Name | PEREZ, NADIR A | Name | LANDSBERG, JESSICA A |
| Address | 4290 SW 149TH CT | Address | 8140 SW 60TH AVE |
| City-State-Zip: | MIAMI FL 33185 | City-State-Zip: | MIAMI FL 33143 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: NADIR A PEREZ                                    AMBR                     06/30/2020

        Electronic Signature of Signing Authorized Person(s) Detail                                          Date

IGX_SD_000137194

## 2021  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000016427

**Entity Name:** VEN-VAMOS STRATEGIES ,LLC

**Current Principal  Place of Business:**

4290 SW 149TH CT
MIAMI, FL  33185

**Current Mailing Address:**

4290 SW 149TH CT
MIAMI, FL  33185  US

**FEI Number:** 82-4092877

**Certificate of Status Desired:** No

**FILED**
**Apr 28, 2021**
**Secretary of State**
**0764421250CC**

**Name and Address of Current Registered Agent:**

PEREZ, NADIR A
4290 SW 149TH CT
MIAMI, FL  33185  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  NADIR A PEREZ                                                                          04/28/2021

               Electronic Signature of Registered Agent                                                           Date

**Authorized Person(s) Detail :**

| Title | AMBR | Title | MGR |
|---|---|---|---|
| Name | PEREZ, NADIR A | Name | LANDSBERG, JESSICA A |
| Address | 4290 SW 149TH CT | Address | 8140 SW 60TH AVE |
| City-State-Zip: | MIAMI  FL  33185 | City-State-Zip: | MIAMI  FL  33143 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: NADIR PEREZ                                          AMBR                             04/28/2021

               Electronic Signature of Signing Authorized Person(s) Detail                                                 Date

IGX_SD_000137195

## 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000016427

**Entity Name:** VEN-VAMOS STRATEGIES ,LLC

**Current Principal  Place of Business:**

4290 SW 149TH CT
MIAMI, FL  33185

**Current Mailing Address:**

4290 SW 149TH CT
MIAMI, FL  33185  US

**FEI Number: 82-4092877**

**Name and Address of Current Registered Agent:**

PEREZ, NADIR A
4290 SW 149TH CT
MIAMI, FL  33185  US

**FILED**
**Mar 07, 2022**
**Secretary of State**
**2914103030CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: NADIR A PEREZ                                                     03/07/2022

     Electronic Signature of Registered Agent                                    Date

### Authorized Person(s) Detail :

| Title | AMBR | Title | MGR |
|---|---|---|---|
| Name | PEREZ, NADIR A | Name | LANDSBERG, JESSICA A |
| Address | 4290 SW 149TH CT | Address | 8140 SW 60TH AVE |
| City-State-Zip: | MIAMI  FL  33185 | City-State-Zip: | MIAMI  FL  33143 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: NADIR PEREZ                         AMBR                        03/07/2022

    Electronic Signature of Signing Authorized Person(s) Detail                Date

IGX_SD_000137196

## 2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000016427

**Entity Name:** VEN-VAMOS STRATEGIES ,LLC

**FILED**
**Mar 06, 2023**
**Secretary of State**
**3620609295CC**

**Current Principal Place of Business:**

6801 NW 77TH AVENUE
 SUITE 203
MIAMI, FL 33166

**Current Mailing Address:**

6801 NW 77TH AVENUE
 SUITE 203
MIAMI, FL 33166 US

**FEI Number: 82-4092877**                                      **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

PEREZ, NADIR A
5861 SW 4TH ST
MIAMI, FL 33144 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: NADIR A PEREZ                                                         03/06/2023
_____
               Electronic Signature of Registered Agent                                     Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | AMBR |
| Name | PEREZ, NADIR A |
| Address | 5861 SW 4TH STREET |
| City-State-Zip: | MIAMI FL 33144 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: NADIR PEREZ                          AMBR                      03/06/2023
_____
         Electronic Signature of Signing Authorized Person(s) Detail                         Date

IGX_SD_000137197

## 2024 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L18000016427

**Entity Name:** VEN-VAMOS STRATEGIES ,LLC

**FILED**
**Mar 26, 2024**
**Secretary of State**
**3252764010CC**

**Current Principal Place of Business:**

6801 NW 77TH AVENUE
 SUITE 203
MIAMI, FL  33166

**Current Mailing Address:**

6801 NW 77TH AVENUE
 SUITE 203
MIAMI, FL  33166  US

**FEI Number: 82-4092877**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PEREZ, NADIR A
5861 SW 4TH ST
MIAMI, FL 33144  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | NADIR A PEREZ | 03/26/2024 |
|---|---|---|
| | Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | AMBR |
|---|---|
| Name | PEREZ, NADIR A |
| Address | 5861 SW 4TH STREET |
| City-State-Zip: | MIAMI FL  33144 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: NADIR A PEREZ | AMBR | 03/26/2024 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

IGX_SD_000137198