UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20155-RAR(s)

UNITED STATES OF AMERICA

v.

DIEGO SANUDO SANCHEZ CHOCRON,
GREGORY CHARLES MILO CASKEY,

   Defendants.
_____/

## VERDICT FORM

### COUNT 1
Conspiracy to Commit Health Care Fraud and Wire Fraud
(18 U.S.C. §§ 1349)

**Part I**

With respect to Count 1 of the Superseding Indictment, we the jury unanimously find Defendant GREGORY CHARLES MILO CASKEY:

GUILTY _____  NOT GUILTY __X__

**Part II**

If you unanimously vote GUILTY, please answer the following:

We the jury unanimously find with respect to Count 1 that Defendant GREGORY CHARLES MILO CASKEY conspired to commit the following crime or crimes (choose one or more):

(a) To Commit Health Care Fraud  _____

(b) To Commit Wire Fraud  _____

## COUNT 2
Health Care Fraud
(18 U.S.C. §§ 1347 and 2)

With respect to Count 2 of the Superseding Indictment, we the jury unanimously find Defendant GREGORY CHARLES MILO CASKEY:

GUILTY _____   NOT GUILTY __X__

## COUNT 3
Health Care Fraud
(18 U.S.C. §§ 1347 and 2)

With respect to Count 3 of the Superseding Indictment, we the jury unanimously find Defendant GREGORY CHARLES MILO CASKEY:

GUILTY _____   NOT GUILTY __X__

## COUNT 4
Health Care Fraud
(18 U.S.C. §§ 1347 and 2)

With respect to Count 4 of the Superseding Indictment, we the jury unanimously find Defendant GREGORY CHARLES MILO CASKEY:

GUILTY _____   NOT GUILTY __X__

## COUNT 5
Health Care Fraud
(18 U.S.C. §§ 1347 and 2)

With respect to Count 5 of the Superseding Indictment, we the jury unanimously find Defendant GREGORY CHARLES MILO CASKEY:

GUILTY _____   NOT GUILTY __X__

**COUNT 6**
Health Care Fraud
(18 U.S.C. §§ 1347 and 2)

With respect to Count 6 of the Superseding Indictment, we the jury unanimously find

Defendant GREGORY CHARLES MILO CASKEY:

GUILTY _____   NOT GUILTY __X__

**COUNT 7**
Health Care Fraud
(18 U.S.C. §§ 1347 and 2)

With respect to Count 7 of the Superseding Indictment, we the jury unanimously find

Defendant GREGORY CHARLES MILO CASKEY:

GUILTY _____   NOT GUILTY __X__

SO SAY WE ALL

_____
FOREPERSON'S PRINTED NAME

_____
FOREPERSON'S SIGNATURE

Dated: 3/27/25