UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20155-RAR(s)

**UNITED STATES OF AMERICA**

vs.

**GREGORY CHARLES MILO CASKEY,**

      Defendant.
_____/

## JUDGMENT OF ACQUITTAL

Defendant Gregory Charles Milo Caskey, having been tried by a jury of his peers at the Wilkie D. Ferguson Jr. United States Courthouse, Miami, Florida, was found not guilty on March 27, 2025, of Counts 1 and 2 through 7 of the Superseding Indictment. For that reason, it is hereby

**ORDERED AND ADJUDGED** that Defendant Gregory Charles Milo Caskey, having been found not guilty by a jury of his peers, is adjudged **NOT GUILTY** of Counts 1 and 2 through 7 of the Superseding Indictment and is hereby **ACQUITTED**, **DISCHARGED, and any bond EXONERATED**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of March, 2025.

_____
**RODOLFO A RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        U.S. Marshals
        U.S. Probation